L. HEINIMAN v. STATE.
No. A-1270.   Opinion Filed April 18, 1912.
Appeal from Comanche County Court;
James H. Wolverton, Judge.

L. Heiniman was convicted of violating the prohibitory law, and appeals.   Appeal dimissed.

Hamon & Ellis, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   This is an appeal from a conviction for a violation of the prohibitory law had in the county court of Comanche county. On the 14th day of March, 1912, the plaintiff in error filed the following motion to dismiss his appeal: "Comes now the plaintiff in error, L. Heiniman, and dismisses his appeal in said action." The motion is sustained and the appeal dismissed, and the trial court directed to enforce the judgment and sentence.

---

E. B. AMBLER v. STATE.
No. A-963.   Opinion Filed April 19, 1912.
Appeal from Payne County Court;
P. D. Mitchell, Judge.

E. B. Ambler was convicted of a misdemeanor, and appeals.   Appeal dismissed.

Springer & Oursler, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error was convicted on an information which charged the unlawful peddling of medicine without previously obtaining a license therefor, and was sentenced to pay a fine of one hundred dollars.   The judgment and sentence was entered on August 12, 1910.   An appeal was attempted to be taken by filing in this court, petition in error with case-made on December 3, 1910.   The Attorney General filed a motion to dismiss said appeal because the petition in error was not filed in this court within the sixty days allowed by statute, and no etxension of time for taking the appeal was granted by the court.   It is just as essential to have the order of the trial court extending the statutory time within which to take an appeal as it is to have the time extended within which to make and serve the case-made. An examination of the record discloses that the motion to dismiss the appeal is well taken.   The purported appeal is therefore dismissed and the case remanded to the county court of Payne county.

---

JOHN RODGERS v. STATE.
No. A-1180.   Opinion Filed April 20, 1912.
Appeal from Pottawatomie County Court;
Ross F. Lockridge, Judge.

John Rodgers was convicted of violating the prohibitory law, and appeals.   Affirmed.

G. A. Outcelt and Edw. Howell, for plaintiff in error.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., for the State.

PER CURIAM.   Plaintiff in error was convicted in the county court of Pottawatomie county on a charge of maintaining a place for the unlawful sale of intoxicating liquor, and on the 20th day of April, 1911, was sentenced to pay a fine of three hundred dollars and be confined in the county jail for a period of sixty days.   After a careful examination of the record in this case and the briefs of both parties, we are of the opinion that the judgment should be affirmed, and it is so ordered.   Let the mandate issue forthwith.